UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

DAVID BIBIAN, ) 01C 7430
Plaintiff, )
vs. ) Case Number: ________
"D" CONSTRUCTION MANAGEMENT CO., INC., KENNETH SANDENO, JOEL SANDENO, and PATRICK DUFFY ) JUDGE JOAN H. LEFKOW
Defendants. ) MAGISTRATE JUDGE NOLAN

FILED-ED4
01 SEP 26 AM 11:06
U.S. DISTRICT COURT

DOCKETED
SEP 2 6 2001

## COMPLAINT

NOW COMES the Plaintiff, DAVID BIBIAN, by and through his attorney, James C. Byrne, of JAMES C. BYRNE & ASSOCIATES, and for his Complaint alleges and states the following:

**NATURE OF THE CASE**
**(Racial Discrimination)**
**Employment**

This is a case of racial discrimination pursuant to 42 U.S.C. §1981, and also pursuant to Title VII of the Civil Rights Act, 42 U.S.C. §2000(e) *et seq.* based on the Plaintiff being Hispanic, i.e. Mexican, which consisted of continued and repeated racial slurs by company owners, supervisors and coworkers, resulting in a hostile work environment, acts of retaliation, and termination of employment.

## JURISDICTION AND VENUE

1) The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, and venue is proper under 28 U.S.C. § 1391 in that all the acts alleged to have been committed by the Defendants occurred within the Northern District of Illinois.

## ADMINISTRATIVE PROCEDURE

2) Plaintiff, on May 14, 2001, filed a timely Complaint of racial discrimination in employment with the EEOC against the Corporate Defendant.

3) On September 7, 2001, a "Notice of Right to Sue" was issued from the District office of the EEOC, and a copy of same is attached as Exhibit A.

## PARTIES

4) Plaintiff is a citizen of the United States, whose race is Mexican, and at all relevant times has resident in the Northern District of this Court, and was an employee of Defendant Corporation.

5) Defendant Corporation is an Illinois corporation, with its principal office in Coal City, Illinois, and is in the business of road construction and bridge repair, and is an "employer" under the meaning of 42 U.S.C. 2000 e(b)

The Defendant, KENNETH SANDENO, on information and belief, is the President of the Corporate Defendant and also a part owner of the Defendant Corporation.

The Defendants, JOEL SANDENO, PATRICK DUFFY, and MATT TERRY, were employees of the Defendant Corporation as Supervisors and at various times supervised the Plaintiff.

**FACTUAL BACKGROUND**

6) Plaintiff was employed by the Defendant Corporation for approximately two years, from June of 1999 to May 2, 2001, primarily as a heavy equipment operator.

7) The individual Defendants were all Supervisors, and the Defendant, KENNETH SANDENO, was also the President and part owner of Defendant Corporation and all of these Defendants supervised the Plaintiff from time to time during his employment.

8) That from the inception of Plaintiff's employment, and during approximately the first four months, some of Plaintiff's coworkers, as well as the above Supervisory Defendants, regularly used racial slurs, primarily in reference to African Americans.

9) In the late Fall of 1999, JOEL SANDENO, said to Plaintiff on the job site, "*They sent me another F------ Mexican, who can't speak English. Why don't they send them back to Mexico.*"

10) Plaintiff reported this racial slur to management, and when JOEL SANDENO was confronted, he stated, among other things, that *he didn't like chinks, niggers, Hindus, or sand niggers.*

11) In the year 2000, during the months of January to approximately July, there were no further racial slurs against Mexicans, but they continued as to other minorities.

12) In the month of July or August of 2000, JOEL SANDENO and MATTHEW TERRY, were making derogatory racial comments during the entire day at the job site regarding every minority person who passed by the job site, including Mexicans. Then when the Plaintiff and the work crew were driving away from the job site back to the company property in Coal City, JOEL SANDENO and MATTHEW TERRY were shouting racial comments from the

car to minorities as they passed by. At various times throughout the day, Plaintiff objected to all of the above.

13) Shortly thereafter, the Plaintiff met with KENNETH SANDENO and his brother, TODD SANDENO (who is also believed to be a part owner), and informed them of what is set forth in Paragraph 12, and also of the pattern and practice of derogatory racial comments since his employment began, and specifically about JOEL SANDENO's comment about Mexicans in the late fall of 1999.

14) Shortly after Plaintiff's Complaint to the Sandeno brothers, a supervisor, Jeff Iser (phonetic) called Complainant a "*dumb Mexican.*"

15) The comment of Jeff Iser was also reported to management.

16) JOEL SANDENO , subsequent to Plaintiff's Complaint to the owner, continued his derogatory racial comments, some of which are as follows:

a) When stopping at a Burger King between the job site and the Corporate Defendant's main office, he referred to the personnel at Burger King as *"a handful of wetbacks; they can't understand what I ordered; they should send them back to Mexico";*

b) On another subsequent incident, referred to personnel at a Burger King as *"spics"*; and

c) On another subsequent occasion referred to Mexicans as *"scabs."*

17) PAT DUFFY, subsequent to Plaintiff's Complaint to the owners, continued his derogatory racial comments, some of which are as follows: He told Plaintiff he was "*Just a F------ Mexican operator.*"

When Plaintiff transferred to a different crew, DUFFY asked Plaintiff, "*What is the matter? Mexicans don't like to work with white people,*" and made other subsequent derogatory comments about Mexicans and other minority races.

18) KENNETH SANDENO (a part owner) on May 2, 2002, called the Plaintiff *"a stupid F------ Mexican"* and struck Plaintiff.

**COUNT I**
**(42 U.S.C.A. § 1981)**
**Racial Harassment**
**and**
**Hostile and Abusive Work Environment**

The Plaintiff, pursuant to 42 U.S.C.A. §1981, hereby makes the following allegations as to the Defendant, "D" CONSTRUCTION MANAGEMENT CO., and the individual Defendants, KENNETH SANDENO, JOEL SANDENO, and PATRICK DUFFY.

1-18.) Plaintiff herein realleges and incorporates by reference allegations in Paragraph 1 through 18 as and for his allegations of Paragraphs 1 through 18 of this Count I.

19.) The above racial slurs, under the totality of the circumstances, were both pervasive and severe.

The racial remarks were *pervasive* because of the frequency and persistence and the number of individuals making them.

The racial remarks were *severe* in that the Plaintiff was affected by a loss of sleep and appetite, and was frequently angry, and suffered from anxiety and became clinically depressed.

Consequently, the above statements created an abusive and hostile working environment.

20) Plaintiff's conditions of employment were altered by all of the above statements, as well as by adverse actions taken by management whereby, among other things, Plaintiff no longer had a regular crew assignment.

21) That the actions and racial slurs of all Defendants in this count (Supervisors, Owner, and coworkers) were intentional and deliberate.

22) That KENNETH SANDENO and other officers knew or should have known of the racial slurs and other conduct of its supervisors and Plaintiff's coworkers, and failed to take any meaningful action to remedy, correct and prevent any further such conduct and statements.

23) As a proximate result of all of the Defendants' above-said statements and conduct, Plaintiff has also suffered mental anguish and humiliation and has incurred substantial loss in earnings and various employee benefits, retirement, health insurance, etc.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests this Court enter judgment in Plaintiff's favor and against the Defendant Corporation, and also personal judgments against KENNETH SANDENO, JOEL SANDENO, and PATRICK DUFFY for compensatory damages in the amount of One Million Dollars, including pre-judgment interest on lost wages, and for punitive damages of Five Million Dollars, plus attorney's fees, and all costs and expenses of this litigation.

**COUNT II**
**(42 U.S.C.A. §1981)**
**Retaliation**
**Retaliatory Discharge**

The Plaintiff, pursuant to 42 U.S.C.A. § 1981 hereby makes the following allegations as to the Defendant, "D" CONSTRUCTION MANAGEMENT CO., and the individual Defendants, KENNETH SANDENO, JOEL SANDENO, and PATRICK DUFFY, whose conduct and threats as set forth herein, constitute retaliation, and retaliatory discharge.

1-23) That the Plaintiff herein realleges and incorporates by reference allegations in Paragraph 1 through 23 of Count I as and for the allegations of Paragraph 1 through 23 of this Count II.

24) That subsequent to Plaintiff reporting to the Corporate owners of his racial harassment, the Corporate equipment that he was assigned to operate, had been tampered with intentionally, with a goal of having him injured and/or fired from his employment, and in addition thereto, Plaintiff's personal property had been vandalized.

25) That subsequent to Plaintiff reporting to the owner of his racial harassment, KENNETH SANDENO, when reassigning Plaintiff's job duties, warned and threatened Plaintiff to *"cut the bullshit on racism, or I'll show you what racism really is."*

26) That on May 2, 2001, KENNETH SANDENO, while on a job site with Plaintiff said to the Plaintiff, "*Don't you understand English, you stupid Mexican M----- F-----,*" and then with his fist, struck the Plaintiff in the head, and told the Plaintiff he was fired.

27) That the above-said allegations of vandalism and threats, in response to Plaintiff's complaints of racial slurs, as well as the striking and firing of Plaintiff, were in retaliation for reporting racial statements about Mexicans and other minorities.

28) That the Corporate Defendant knew or should have known of the above conduct and failed to take immediate and appropriate corrective action.

29) That as a proximate result of all of the Defendant's statements and conduct, Plaintiff has also suffered mental anguish and humiliation, and has incurred substantial loss in earnings and various employee benefits, retirement, health insurance, etc.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests this Court enter judgment in Plaintiff's favor and against the Defendant Corporation and also personal judgments against KENNETH SANDENO, JOEL SANDENO, and PATRICK DUFFY for compensatory damages in the amount of One Million Dollars, including pre-judgment interest on lost wages, and for punitive damages of Five Million Dollars, plus attorney's fees, and all costs and expenses of litigation.

**COUNT III - (Title VII)**
**(42 U.S.C.A. § 2000(e)**
**Racial Harassment**
**Hostile and Abusive Work Environment**

The Plaintiff, pursuant to Title VII of 42 U.S.C.A. § 2000 (e) hereby makes the following allegations as and for his cause of action against Defendant, "D" CONSTRUCTION MANAGEMENT CO., INC.

1-23) That the Plaintiff herein realleges and incorporates by reference Paragraph 1 through 18 of the General Allegations and 19 through 23 of Count I, as and for paragraphs 1-23 of this Count III.

24) That the Defendant Corporation has direct liability for racial harassment in violation of Title VII of 42 U.S.C.A. § 2000 by virtue of the above-said conduct and statements made by one

of its owners, and by its supervisors, and that it failed to employ any meaningful remedy or corrective action.

25) That the Defendant Corporation has vicarious liability for racial harassment in violation of Title VII because it knew or should have known that the Corporate Defendant and supervising personnel and co-worker of the Plaintiff were, engaged in the derogatory racial conduct and statements as set forth above, and failed to take any meaningful remedy or corrective action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests this Court enter judgment in Plaintiff's favor and against the Defendant Corporation and for compensatory damages, including pre-judgment interest on lost wages, and for punitive damages of Five Million Dollars.

**COUNT IV - (Title VII)**
**(42 U.S.C.A. § 2000-e-3(a)**
**Retaliation**
**Retaliatory Discharge**

The Plaintiff, pursuant to Title VII of 42 U.S.C.A. § 2000-e-3(a) hereby makes the following allegations as and for his cause of action against Defendant, "D" CONSTRUCTION MANAGEMENT CO.

1 - 29) That the Plaintiff herein realleges and incorporates by reference Paragraph 1 through 17 of the General Allegations; and 19 through 23 of Count I; and paragraphs 24-29 of Count II; as and for paragraphs 1- 29 of this Count IV.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests this Court enter judgment in Plaintiff's favor and against the Defendant Corporation for compensatory damages and for punitive damages of Five Million Dollars.

## STATE LAW CLAIM

### COUNT V

**(Assault & Battery)**

Plaintiff invokes this Court's jurisdiction, pursuant to Rule 18 (a) of the Federal Rules of Civil Procedures, and 28 U.S.C. §1367 to hear and adjudicate claims arising out of the transactions set forth above that violate the rights established by the laws of the State of Illinois

The Plaintiff hereby makes the following allegations as and for his cause of action against the Defendant, KENNETH SANDENO.

1) That on May 2, 2001, KENNETH SANDENO used his fist to strike the Plaintiff on his head, and did so intentionally without legal justification.

2) That as a direct and proximate result, Plaintiff was physically injured and sought medical care.

WHEREFORE, Plaintiff prays for judgment against KENNETH SANDENO for both compensatory and punitive damages.

DAVID BIBIAN

By: James C. Byrne

JAMES C. BYRNE & ASSOCIATES

James C Byrne

JAMES C. BYRNE & ASSOCIATES
815 N. Larkin, Suite 202
Joliet, IL 60435
(815) 744-7171

JS 44
(Rev. 12/96)

Cat 2

# CIVIL COVER SHEET

01C 7430

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

DAVID BIBIAN

**DEFENDANTS**

"B" CONSTRUCTION MANAGEMENT CO.
KENNETH SANDENO
JOEL SANDENO

JUDGE JOAN H. LEFKOW

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Will Co.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Will Co.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

JAMES C. BYRNE & ASSO
815 N. LARKIN ST SUITE 202
JOLIET ILL 60435

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE NOLAN

DOCKETED
SEP 26 2001

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

RACIAL DISCRIMINATION IN EMPLOYMENT
Pursuant to 42 U.S.C. §1981; AND TITLE VII - 42 U.S.C. §2000-e-

**VII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** SIX-million

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number ________, previously dismissed by Judge ________

DATE Sept. 26, 2001

SIGNATURE OF ATTORNEY OF RECORD James C. Byrne

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of David Bibian
vs
"D" Construction Management Co. Inc
Kenneth Sandeno
Joel Sandeno
Patrick Duff

Case Number: 01C 7430

DOCKETED
SEP 2 6 2001

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff David Bibian

JUDGE JOAN H. LEFKOW
MAGISTRATE JUDGE NOLAN

FILED-ED4
01 SEP 26 AM 11:08
CLERK
U.S. DISTRICT COURT

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | James C Byrne | SIGNATURE | |
| NAME | James C. Byrne | NAME | |
| FIRM | James C. Byrne & Asso | FIRM | |
| STREET ADDRESS | 815 N- Larkin st. suite 203 | STREET ADDRESS | |
| CITY/STATE/ZIP | Joliet - Ill | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | 815-744-7171 | TELEPHONE NUMBER | |
| FAX NUMBER | 815-744-7179 | FAX NUMBER | |
| E-MAIL ADDRESS | Byrne @ AOL . Com | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☒ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | | TELEPHONE NUMBER | |
| FAX NUMBER | | FAX NUMBER | |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |

3